FILED'07 JUL 24 13:42 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DONALD E.L. JOHNSON, JR., ) | |
| ) | Civ. No. 07-3030-CL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | **ORDER** |
| ) | |
| Defendant. ) | |

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed Findings and Recommendation and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

**CONCLUSION**

Magistrate Judge Clarke's Findings and Recommendation (#5) is

1 - ORDER

adopted.  The complaint (#2) is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___24___ day of July, 2007.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER